**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Case No.: | 2:14-cv-06429-JAK-FFM |
|---|---|
| Case Name: | Banks v. JPMorgan Chase Bank, N.A. |

| **Hearings:** | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| ____ Plaintiff Requests Jury Trial<br>____ Defendant Requests Court Trial<br>**(Tuesday at 9:00 a.m.)**<br>Duration Estimate:  5 Days | | 11/16/15 | 11/16/15 | |
| Final Pretrial Conference and Exhibit Conference:<br>**(Monday at 3:00 p.m.)** *(Two weeks before the trial)* | | 11/2/15 | 11/2/15 | |
| **Deadlines for Bench Trials Only:** | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| Anticipated Ruling to be Issued by Court | 2 | 11/2/15 | 11/2/15 | |
| Last Date to File Objections to Direct Testimony Declarations | 3 | 10/26/15 | 10/26/15 | |
| Last Date to File Direct Testimony Declarations | 4 | 10/19/15 | 10/19/15 | |
| **Deadlines:** | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| Last Date to Hear Motions (not file)<br>*(including discovery motions)* | 8 | 09/21/15 | 09/21/15 | |
| Expert Discovery Cut-Off | 8 | 09/21/15 | 09/21/15 | |
| Expert Disclosure (Rebuttal) | 10 | 09/17/15 | 09/7/15 | |
| Expert Disclosure (Initial) | 12 | 08/24/15 | 08/24/15 | |
| Non-Expert Discovery Cut-Off | 14 | 08/10/15 | 08/10/15 | |
| Last Date to Add Parties/Amend Pleadings | 8 | 09/21/15 | 09/21/15 | |

| Settlement Procedure Selection:<br>*(ADR-12 Form will be completed by Court after scheduling conference)* | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| 1. Magistrate Judge<br>2. Attorney Settlement Officer Panel<br>3. Outside ADR/Non-Judicial (Private) | Magistrate | Magistrate | |
| Last day to conduct settlement conference/mediation | 8/30/15 | 8/30/15 | |
| Notice of Settlement / Joint Report re Settlement<br>*(10 days before PMSC)* | 9/5/15 | 9/5/15 | |
| Post Mediation Status Conference: **(Monday at 1:30 pm)**<br>*(14 days after the last day to conduct settlement)* | 9/15/15 | 9/15/15 | |