MORGAN, LEWIS & BOCKIUS LLP
JOSEPH DUFFY (Bar No. 241854)
JOSEPH BIAS (Bar No. 257127)
JOSEPH QUATTROCCHI (Bar No. 257568)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-Mail: jduffy@morganlewis.com
jbias@morganlewis.com
jquattrocchi@morganlewis.com

Attorneys for Defendant
JPMorgan Chase Bank, N.A.
*erroneously sued as JPMorgan JPMC Bank, N.A.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ BANKS, | Case No. 2:14-cv-06429-JAK-FFM |
| Plaintiff, | Hon. John A. Kronstadt |
| vs. | **JOINT REPORT OF STATUS OF SETTLEMENT** |
| CHASE BANK, N.A.; DOES 1 to 100, inclusive, | |
| Defendant. | Complaint Filed: July 15, 2014<br>FAC Filed: November 26, 2014<br>Trial Date: September 22, 2015 |

# JOINT REPORT OF STATUS OF SETTLEMENT

As of June 29, 2015, Defendant JPMorgan Chase Bank, N.A., *erroneously sued as Chase Bank, N.A.* ("JPMC") and Plaintiff Liz Banks ("Plaintiff") have not reached an agreement to settle the claims presently at issue in this matter. The parties are currently exchanging formal discovery in an effort to reach a mutually agreed-upon resolution and will immediately notify the Court should such a settlement be reached.

Dated: June 29, 2015                     Respectfully submitted,

                                         MORGAN, LEWIS & BOCKIUS LLP


                                         By: /s/ *Joseph Quattrocchi*
                                         Joseph V. Quattrocchi
                                         Attorneys for Defendant
                                         JPMorgan Chase Bank, N.A.,
                                         *erroneously sued as Chase Bank, N.A.*


Dated: June 29, 2015                     Respectfully submitted,

                                         STRATEGIC LEGAL GROUP, P.C.


                                         By: /s/ *Alan Eighmey*
                                         Alan Eighmey, Esq.
                                         Attorneys for Plaintiff
                                         Liz Banks