# EXHIBIT "D"

SLG-Banks000180

**CHASE** ◯    **RESIDENTIAL BROKER PRICE OPINION**

WAM-130710-00900-2

File #

THIS IS NOT AN OPINION OF VALUE OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon this document, be advised the document does not comply with guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Loan #: 5302454193    Relationship #: CLEARCAPITAL

REO #: _____ This BPO is for ☐ Interior ☐ 2nd Opinion ☐ Updated ☒ Exterior    DATE: 07/13/2013

Property Address: 1008 Harbor Crossing Ln    City: MARINA DEL REY    State: CA    Zip: 90292    County: LOS ANGELES

Subject Parcel #: 4224-033-026    Borrower's Name: LIZ BANKS

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Increasing ☒ Stable ☐ Declining

Employment conditions: ☐ Increasing ☒ Stable ☐ Declining

Market price of this type property has:    ☐ Decreased _____ % in past _____ months

☐ Increased _____ % in past _____ months

☒ Remained Stable

Estimated percentages of owner vs. tenants in neighborhood: 87 % Owner occupant   13 % Tenant

There is a ☒ Normal Supply ☐ Oversupply ☐ Shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood: 1

No. of competing listings in neighborhood that are REO or Corporate owned: 0

No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Neighborhood Boundaries defined

West of Lincoln Blvd., South of Washington Blvd., and East of Admiralty Way

Range of sales in the neighborhood is $ 600,000   to $ 4,750,000   Total # of Properties 46

Range of listings in the neighborhood is $ 999,000   to $ 6,999,000   Total # of Properties 8

The subject is an ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood

Normal marketing time in the area is: 92   days.

Are all types of financing available for the property? ☒ Yes ☐ No   If no, explain _____

Has the property been on the market in the last 12 months? ☐ Yes ☒ No   If yes, $ _____ list price (include MLS printout)

Is the subject currently listed for sale: ☐ Yes ☒ No   Current list price: $ _____   Listing Date: _____

If listed, provide the brokers name: _____   Firm: _____   Phone # _____

Subjects total DOM for the past year: _____   Starting Listing Price: $ _____

First price reduction: DOM _____ Price: $ _____   Second price reduction: DOM _____ Price: $ _____   Third price reduction: DOM _____ Price: $ _____

To the best of your knowledge, why did it not sell? _____

Subjects Last Sale Price: $ 1,155,000   Sales Date: 12/05/2000

Additional Prior Sale Price within past 24 months: $ 0   Sales Date: 0

Unit Type: ☐ Single family detached ☐ Condo ☐ Co-op ☐ Units # ☒ Single family attached ☐ Townhouse ☐ Modular ☐ Mobile home

If condo or other association exists: Fee $ 230   ☒ Monthly ☐ Annually   Current? ☒ Yes ☐ No   Fee delinquent? ☒ No

The fee includes: ☒ Insurance ☒ Landscape ☐ Pool ☐ Tennis   Other _____

Association Contact: Habor Crossing North HOA   Name: _____   Phone # _____

Project Name: Habor Crossing North HOA   Total Number of units: 0   Legal action ☐ Yes ☒ No

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1008 Harbor Crossing Ln<br>MARINA DEL REY   CA   90292 | 929 DICKSON ST<br>MARINA DEL REY   CA   90292 | | 117 CHANNEL POINTE MALL<br>MARINA DEL REY   CA   90292 | | 134 NORTHSTAR MALL<br>MARINA DEL REY   CA   90292 | |
| Unit # | | | | | | | |
| Proximity to Subject | | 0.26 | | 1.25 | | 1.02 | |
| Sale Price | $ 1,155,000 | | $ 1,705,355 | | $ 1,735,000 | | $ 1,712,500 |
| Price / Gross Living Area | $ 0   sq.ft. | $ 632.00   sq.ft. | | $ 502.00   sq.ft. | | $ 542.00   sq.ft. | |
| List Price at Sale | | 1,705,000 | | 1,735,000 | | 1,795,000 | |
| # of Price Reductions | | 0 | | 0 | | 0 | |
| Sale Type (Reo/Short Sale/ Ford) | | STANDARD | | STANDARD | | STANDARD | |
| Sale Date & | 12/05/2000 | 05/07/2013 | | 01/30/2013 | | 06/26/2013 | |
| Days on Market | | 65 | | | | 126 | |
| PRICE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | 0 | | 0 | | 0 | |
| Location (city/rural) | URBAN | URBAN | 0 | URBAN | 0 | URBAN | 0 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | 0 | FEE SIMPLE | 0 | FEE SIMPLE | 0 |
| Lot Size | 0.20 ACRES | 0.12 ACRES | 15,000 | 0.07 ACRES | 45,000 | 0.07 ACRES | 50,000 |
| # of units | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| View | NONE | OCEAN, CANAL, MARI | 0 | GREEN BELT | 0 | NONE | 0 |
| Appeal & Quality | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Year Built | 2000 | 1920 | 0 | 2000 | 0 | 1985 | 0 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 6 | 3 | 3 | 7 | 4 | 3 | -10,000 | 8 | 3 | 5 | 10,000 | 6 | 3 | 3 | 0 |
| Gross Living Area | 3237   sq.ft. | 2698   sq.ft. | 27,280 | 3459   sq.ft. | -11,000 | 3158   sq.ft. | 0 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Heating / Cooling | Central/Central | Central/Central | 0 | Central/Central | 0 | Central/Central | 0 |
| Garage / Carport | 2 Cars Att. Garage | 2 Cars Att. Garage | 0 | 2 Cars Att. Garage | 0 | 2 Cars Att. Garage | 0 |
| Porch/Patio/Deck | Porches,Patio | Porches,Patio,Deck | 0 | Porches,Patio | 0 | Porches,Patio | 0 |
| Fireplaces | Fireplace | Fireplace | 0 | Fireplace | 0 | Fireplace | 0 |
| Fence, Pool, etc. | Fence | Fence | 0 | None | 0 | None | 0 |
| Other / Functional Utility | | | 0 | | 0 | | 0 |
| Net Adj.(Total) | | ☒ + ☐ - | $ 32,280 | ☒ + ☐ - | $ 44,000 | ☒ + ☐ - | $ 50,000 |
| Adjusted Sale Price of Comparables | | | $ 1,737,635 | | $ 1,779,000 | | $ 1,762,500 |

BPO CHASE 12/09

CONFIDENTIAL

JPMC-Banks_004257
SLG-Banks000484

# CHASE ⬤   RESIDENTIAL BROKER PRICE OPINION

WAM-130710-00900-2

File #

| REO #: | Loan #: 5302454193 | Relationship #: CLEARCAPITAL |
|---|---|---|

**IV. CURRENT OCCUPANCY STATUS**

Occupancy Status:  Owner ☒  Vacant ☐  Tenant ☐  Other ☐

Ownership Status:  Main residence ☒  Rented ☐

**V. MARKETING OCCUPANCY STRATEGY**

Occupancy Status:  Owner ☒  Vacant ☐  Tenant ☐  Other ☐

Estimated Rent: $ 5,000  per month

☒ As-Is  ☐ Minimal Lender Required Repairs  ☐ Repaired  Most Likely Buyer: ☒ Owner occupant  ☐ Investor

**VI. REPAIRS**

Itemize ALL repairs needed to bring property from its present "as-is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

| | | | | |
|---|---|---|---|---|
| ☐ _____ | $ _____ | ☐ _____ | $ _____ |
| ☐ _____ | $ _____ | ☐ _____ | $ _____ |
| ☐ _____ | $ _____ | ☐ _____ | $ _____ |
| ☐ _____ | $ _____ | ☐ _____ | $ _____ |
| ☐ _____ | $ _____ | ☐ _____ | $ _____ |

GRAND TOTAL FOR ALL REPAIRS $ _____

**VII. COMPETITIVE LISTINGS**

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1008 Harbor Crossing Ln MARINA DEL REY  CA  90292 | 128 ROMA CT MARINA DEL REY  CA  90292 | | 12930 WARREN AVE LOS ANGELES  CA  90066 | | 1523 CABRILLO AVE VENICE  CA  90291 | |
| Unit # | | | | | | | |
| Proximity to Subject | | 0.98 | | 1.76 | | 1.06 | |
| List Price | $ | | $ 1,995,000 | | $ 1,995,000 | | $ 2,099,000 |
| Price / Gross Living Area | $ 0  sq.ft. | $ 640  sq.ft. | | $ 640  sq.ft. | | $ 653  sq.ft. | |
| Original List Price | | 2,150,000 | | 1,995,000 | | 2,250,000 | |
| # of Price Reductions | 0 | 1 | | 0 | | 0 | |
| Verification Sources | MLS | MLS | | MLS | | MLS | |
| PRICE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | 0 | | 0 | | 0 | |
| | | | 0 | | 0 | | 0 |
| Days on Market | | 75 | 0 | 45 | 0 | 99 | 0 |
| Location (city/rural) | URBAN | URBAN | 0 | URBAN | 0 | URBAN | 0 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | 0 | FEE SIMPLE | 0 | FEE SIMPLE | 0 |
| Lot Size | 0.20 ACRES | 0.07 ACRES | 65,000 | 0.14 ACRES | 20,000 | 0.08 ACRES | 60,000 |
| View | NONE | OCEAN, CANAL | 0 | CANAL | 0 | TRE TOPS | 0 |
| Appeal & Quality | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Year Built | 2000 | 1987 | 0 | 1953 | 0 | 1980 | 0 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6   3   3 | 9   4   5 | -30,000 | 7   3   4 | 5,000 | 8   4   4 | -15,000 |
| Gross Living Area | 3237  sq.ft. | 3116  sq.ft. | 0 | 3118  sq.ft. | 0 | 3216  sq.ft. | 0 |
| Basement & Finished | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heating / Cooling | Central/Central | Central/Central | 0 | Central/Central | 0 | Central/Central | 0 |
| Garage / Carport | 2 Cars Att. Garage | 2 Cars Att. Garage | 0 | 2 Cars Att. Garage | 0 | 2 Cars Att. Garage | 0 |
| Porch/Patio/Deck | Porches,Patio | Porches,Patio | 0 | Porches | 0 | Porches,Patio,Deck | 0 |
| Fireplaces | Fireplace | Fireplace | 0 | Fireplace | 0 | Fireplace | 0 |
| Fence, Pool, etc | Fence | Fence | 0 | None | 0 | None | 0 |
| Other / Functional Utility | | | 0 | | 0 | | 0 |
| Net Adj (Total) | | ☒ + ☐ - | $ 25,000 | ☒ + ☐ - | $ 25,000 | ☒ + ☐ - | $ 45,000 |
| Adjusted Sale Price of Comparables | | | $ 2,020,000 | | $ 2,020,000 | | $ 2,144,000 |

**VIII. THE PRICE OPINION** (The price must fall within the indicated price range of the competitive closed sales.)

| | Price Opinion | Suggested List Price |
|---|---|---|
| AS IS 90 to 120 day price | $ 1,737,635 | $ 1,737,635 |
| REPAIRED 90 to 120 day price | $ 1,737,635 | $ 1,737,635 |
| Quick sale price | $ 1,700,000 | $ 1,700,000 |
| Land price | $ 995,722 | |

Last Sale of Subject,  Price $ 1,155,000   Date 12/05/2000

**IX. COMMENTS** (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.
Attach addendum if additional space is needed.)

Subject...

Signature: ◢ ClearCapital   Date: 07/16/2013

| Firm Name: Century 21 Hollywood | Completed By: Brenda Ashby |
|---|---|
| Phone No.: 323-462-7436 49 | Fax No.: 323-462-8489 |
| Email Address: bashby@sbcglobal.net | Broker / Agent Lic #: 01700249 |
| Broker distance to subject Property: 6.65 | Years of Experience: 8 |

For Internal Use Only This document was generated from certain BPO data fields provided by the Chase Supplier and does not represent an exact image of the BPO delivered by the licensed provider, which was provided to the borrower, if required. For a true copy of the BPO, see the BPO image provided by the Supplier.

BPO CHASE 12/09

TEXT ADDENDUM

File #

| | |
|---|---|
| Borrower/Client | LIZ BANKS |
| Property Address | 1008 Harbor Crossing Ln |
| City | MARINA DEL REY | County | LOS ANGELES | State | CA | Zip Code | 90292 |
| Lender | |

COMMENTS cont.

MARKETING STRATEGY cont.: ...is a 13 Year old, 3237 sq ft, 3-bedroom/3-bath 2 story SFR, in a gated community, located in Marina Del Rey, with a lot size of 8,499. Only (8) list comps found in the same zip code, only one comparable, (2) list comps used in different zip code (90066, over 1-mile & 90291). All sold comps in same zip code, (2) over 1-milse. Limited comps found that meet lot size

requirement, which is the reason for comps used over 1-mile. Adjustment made onALL comps used for lot size. S1, build 1920, with many upgrade made. Close to restaurant, shopping, bike path, schools (Coeur D'Alene Avenue Elementary) - .05 miles, markets and library.

LISTING COMPARABLES COMMENTS:S1. Standard - DOM 75, Lot Sz +$55,000, # of Rooms -$30,000, closest to subject; S2. Standard - DOM 45, Lot Sz +$30,000, # of Rooms +$5,000; S3. Standard - DOM 99, Lot Sz +$60,000, # of Rooms -$15,000; Limited comps found in same zip code that meet GLA requirements. Only (8) list comps, only one used in same zip code.  (2) comps from different zip codes (zip code 90066 & 90291, over 1-mile).  SOLD COMPARABLES COMMENTS:S1. Standard - DOM 65, Lot Sz +$15,000, # of Rooms  -$10,000, GLA +$27,280, closest to subject; S2. Standard - DOM 0, Lot Sz +$45,000, # of Rooms +$10,000, GLA -$11,000; S3. Standard - DOM 126, Lot Sz +$50,000. Limited comps found that meet lot size requirement in this area, adjustments made on all for lot size. (2) comps used over 1-mile.  CLEAR CAPITAL REVIEWER COMMENTS:The broker's price is supported by reasonably proximate and current comparable sales. Additionally, the price is generally in line with the prior report completed on 04/04/13. Lot size tolerance was exceeded for S1, S2, S3, L1 and L3. Age tolerance was exceeded for S1, S3, L1, L2 and L3. Distance parameters were expanded for S2, S3, L2 and L3. The search was expanded to neighboring zip codes for L2 and L3. The search was expanded to a neighboring town for L2 and L3.  Because the subject is a high-end home, search parameters were expanded in order to provide comps that are similar to the subject's appeal, condition, and location as these features are the primary drivers of value. The comps provided are considered substitutes for the subject property, and adjustments have been made for differences in physical characteristics if necessary.

CONFIDENTIAL

## CHASE ⬤   RESIDENTIAL BROKER PRICE OPINION

601196581
WAM-121010-01690-2
601196581
File # 1805045

THIS IS NOT AN OPINION OF VALUE OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon this document, be advised the document does not comply with guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Loan #: 5302454193          Relationship #: Evaluation Solutions

REO #: _____ This EPO is the [X] Interior [ ] 2nd Opinion [ ] Updated [ ] Exterior          DATE: 10/11/2012

Property Address: 1008 HARBOR CROSSING LN          City: MARINA DEL REY          State: CA   Zip: 90292   County: Los Angeles

Subject Parcel #: 4224-033-026          Borrower's Name: LIZ BANKS

### I. GENERAL MARKET CONDITIONS

Current market condition: [ ] Increasing [X] Stable [ ] Declining

Employment conditions: [ ] Increasing [X] Stable [ ] Declining

Market price of this type property has:
[ ] Decreased _____ % in past _____ months
[ ] Increased _____ % in past _____ months
[X] Remained Stable

Estimated percentages of owner vs. tenants in neighborhood: 100 % Owner occupant   0 % Tenant

There is a [X] Normal Supply [ ] Oversupply [ ] Shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood: 3

No. of competing listings in neighborhood that are REO or Corporate owned: 0

No. of boarded or blocked-up homes: None

### II. SUBJECT MARKETABILITY

Neighborhood Boundaries defined

North: Marina Point Dr East: Admiralty Way South: Bareli West: Lincoln Blvd.

Range of sales in the neighborhood is $ 1,381,200 to $ 1,600,000          Total # of Properties 4

Range of listings in the neighborhood is $ 1,695,000 to $ 1,899,000          Total # of Properties 3

The subject is an [ ] Over improvement [ ] Under improvement [X] Appropriate improvement for the neighborhood

Normal marketing time in the area is: 75 days.

Are all types of financing available for the property? [X] Yes [ ] No   If no, explain

Has the property been on the market in the last 12 months? [ ] Yes [X] No   If yes, $ N/A          list price (include MLS printout)

Is the subject currently listed for sale: [ ] Yes [X] No   Current list price: N/A          Listing Date: N/A

If listed, provide the brokers name: N/A          Firm: N/A          Phone # N/A

Subjects total DOM for the past year: N/A          Starting Listing Price: $ N/A

First price reduction: DOM N/A   Price: $ N/A          Second price reduction: DOM N/A   Price: $ N/A          Third price reduction: DOM N/A   Price: $ N/A

To the best of your knowledge, why did it not sell? N/A

Subjects Last Sale Price $ 1,155,000          Sales Date: 12/04/2000

Additional Prior Sales Price within past 24 months: $ N/A          Sales Date: N/A

Unit Type: [X] Single family detached [ ] Condo [ ] Co-op   Units # _____ [ ] Single family attached [ ] Townhouse [ ] Modular [ ] Mobile home

If condo or other association exists: Fee $ 2,760 [ ] Monthly [X] Annually   Current? [X] Yes [ ] No   Fee delinquent? $ N/A

The fee includes: [X] Insurance [ ] Fee [ ] Landscape [ ] Pool [ ] Tennis   Other Landscape

Association Contact: Harbor Crossing          Name: Manager          Phone # 310-391-1557

Project Name: N/A          Total Number of units: 12          Legal action [ ] Yes [X] No

### III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1008 Harbor Crossing Ln Marina Del Rey   CA   90292 | 980 Harbor Crossing Ln Marina Del Rey   CA   90292 | | 128 Lighthouse Mall Marina Del Rey   CA   90292 | | 5006 Roma Ct Marina Del Rey   CA   90292 | |
| Unit # | | | | | | | |
| Proximity to Subject | | 0.04 mi. | | 0.97 mi. | | 1.15 mi. | |
| Sale Price | $ 1,155,000 | | $ 1,525,000 | | $ 1,560,000 | | $ 1,600,000 |
| Price / Gross Living Area | $ 453   sq.ft. | $ 477   sq.ft. | | $ 520   sq.ft. | | $ 445   sq.ft. | |
| List Price at Sale | | $ 1,550,000 | | $ 1,635,000 | | $ 1,750,000 | |
| # of Price Reductions | | 1 | | 1 | | 1 | |
| Sale Type (Reo/Short Sale/Fore) | | STANDARD | | STANDARD | | STANDARD | |
| Sale Date & | 12/04/2000 | 12/09/2011 | | 05/23/2012 | | 02/01/2012 | |
| Days on Market | | 6 | | 81 | | 53 | |
| PRICE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing Concessions | None | None | 0 | None | 0 | None | 0 |
| Location (city/rural) | Urban | Urban | 0 | Urban | 0 | Urban | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Lot Size | 8,499 sq.ft. | 8,746 sq.ft. | 0 | 3,150 sq.ft. | 78,100 | 2,787 sq.ft. | 84,100 |
| # of units | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| View | Residential View | Residential View | 0 | Residential View | 0 | Residential View | 0 |
| Appeal & Quality | Good | Equal | 0 | Equal | 0 | Equal | 0 |
| Year Built | 2001 | 2000 | 0 | 1985 | 16,900 | 1987 | 14,300 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | 0 | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 7      3      2.5 | 7      3      2.5 | 0 | 7      3      3.5 | -6,200 | 7      3      3.5 | -6,200 |
| Gross Living Area | 3,574   sq.ft. | 3,237   sq.ft. | 18,700 | 3,195   sq.ft. | 21,000 | 3,776   sq.ft. | -11,200 |
| Basement & Finished | Slab | Slab | 0 | Slab | 0 | Slab | 0 |
| Rooms Below Grade | | | 0 | | 0 | | 0 |
| Heating / Cooling | Standard | Equal | 0 | Equal | 0 | Equal | 0 |
| Garage / Carport | Built-in 2 spaces | Attached 2 spaces | 0 | Attached 3 spaces | -7,600 | Attached 2 spaces | 0 |
| Porch/Patio/Deck | None | Yes | 0 | No | 0 | Yes | 0 |
| Fireplaces | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Fence, Pool, etc | No | No | 0 | No | 0 | No | 0 |
| Other / Functional Utility | | | 0 | | 0 | | 0 |
| Net Adj. (Total) | | [X] + [ ] - | $ 18,700 | [X] + [ ] - | $ 102,000 | [X] + [ ] - | $ 81,000 |
| Adjusted Sale Price of Comparables | | | $ 1,543,700 | | $ 1,662,000 | | $ 1,681,000 |

BPO CHASE 12/09

CONFIDENTIAL

SLG-Banks060184

## CHASE ◆   RESIDENTIAL BROKER PRICE OPINION

601195681
WAM-121010-01690-2
601195681
File # 1803045

| REO #: | Loan #: 5302454193 | Relationship w: Evaluation Solutions |
|---|---|---|

**IV. CURRENT OCCUPANCY STATUS**

Occupancy Status: Owner ☒   Vacant ☐   Tenant ☐   Other ☐
Ownership Status: Main residence ☒   Rented ☐

**V. MARKETING OCCUPANCY STRATEGY**   Occupancy Status: Owner ☒   Vacant ☐   Tenant ☐   Other ☐

Estimated Rent: $ 8,000   per month

☒ As-Is   ☐ Minimal Lender Required Repairs   ☐ Repaired   Most Likely Buyer: ☒ Owner occupant   ☐ Investor

**VI. REPAIRS**

Itemize ALL repairs needed to bring property from its present "as-is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |
| ☐ | _____ | $ _____ | ☐ | _____ | $ _____ |

GRAND TOTAL FOR ALL REPAIRS $ _____

**VII. COMPETITIVE LISTINGS**

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | COMPARABLE NUMBER 2 | COMPARABLE NUMBER 3 |
|---|---|---|---|---|
| Address | 1008 Harbor Crossing Ln  Marina Del Rey  CA  90292 | 4818 Roma Ct  Marina Del Rey  CA  90292 | 146 Union Jack Mall  Marina Del Rey  CA  90292 | 131 Lighthouse Mall  Marina Del Rey  CA  90292 |
| Unit # | | | | |
| Proximity to Subject | | 2.5 mi. | 1.5 mi. | 0.96 mi. |
| List Price | $ N/A | $ 1,890,000 | $ 1,769,000 | $ 1,795,000 |
| Price / Gross Living Area | $ 453   sq.ft. | $ 526   sq.ft. | $ 506   sq.ft. | $ 585   sq.ft. |
| Original List Price | N/A | 1,900,000 | 1,779,000 | 1,795,000 |
| # of Price Reductions | 0 | 1 | 1 | 0 |
| Verification Sources | Other | MLS | MLS | MLS |

| PRICE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | None | 0 | None | 0 | None | 0 |
| Concessions | | None | 0 | None | 0 | None | 0 |
| Days on Market | | 92 | 0 | 253 | 0 | 7 | 0 |
| Location (city/rural) | Urban | Urban | 0 | Urban | 0 | Urban | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Lot Size | 8,499 sq.ft. | 3,150 sq.ft. | 78,100 | 3,150 sq.ft. | 78,100 | 2,887 sq.ft. | 78,100 |
| View | Residential View | Residential View | 0 | Residential View | 0 | Residential View | 0 |
| Appeal & Quality | Good | Equal | 0 | Equal | 0 | Equal | 0 |
| Year Built | 2001 | 1987 | 14,300 | 1999 | 0 | 1998 | 0 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |

| | Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | | 7 | 3 | 2.5 | 8 | 4 | 3.5 | -21,800 | 8 | 3 | 4 | -12,500 | 8 | 4 | 4 | -28,100 |

| Gross Living Area | 3,574   sq.ft. | 3,700   sq.ft. | -7,000 | 3,609   sq.ft. | -1,900 | 3,180   sq.ft. | 21,800 |
|---|---|---|---|---|---|---|---|
| Basement & Finished | Slab | Slab | 0 | Slab | 0 | Slab | 0 |
| Rooms Below Grade | | | 0 | | 0 | | 0 |
| Heating / Cooling | Standard | Equal | 0 | Equal | 0 | Equal | 0 |
| Garage / Carport | Built-in 2 spaces | Attached 3 spaces | -7,800 | Attached 3 spaces | -7,800 | Attached 3 spaces | -7,800 |
| Porch/Patio/Deck | None | Yes | 0 | Yes | 0 | Yes | 0 |
| Fireplaces | Yes | Yes | 0 | Yes | 0 | Yes | 0 |
| Fence, Pool, etc | No | No | 0 | No | 0 | No | 0 |
| Other / Functional Utility | | | 0 | | 0 | | 0 |
| Net Adj. (Total) | | ☒ +  ☐ - | $ 55,800 | ☒ +  ☐ - | $ 55,900 | ☒ +  ☐ - | $ 64,000 |
| Adjusted Sale Price of Comparables | | | $ 1,945,800 | | $ 1,824,900 | | $ 1,859,000 |

**VIII. THE PRICE OPINION** (The price must fall within the indicated price range of the competitive closed sales.)

| | Price Opinion | Suggested List Price |
|---|---|---|
| AS IS 90 to 120 day price | $ 1,620,000 | $ 1,730,000 |
| REPAIRED 90 to 120 day price | $ 1,620,000 | $ 1,730,000 |
| Quick sale price | $ 1,499,000 | $ 1,609,000 |
| Land price | $ 775,000 | |

Last Sale of Subject,  Price $ 1,155,000   Date 12/04/2000

**IX. COMMENTS** (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc.
Attach addendum if additional space is needed.)

Agent/Broker Review: Subject appears to be well kept and maintained and its situated on lot with wide frontage but with a very short depth. lot is covered with the house on back yard with a small patio on the side due to lack of similar comps in the area search radius was expanded to 1 mile and 90 day requirement was exceeded.Please see attached tax card for the property.
Marina View is only from second floor.
QA Review: The subject is a 11 years old two story single family residence located in an urban area with $0 in estimated repair costs. The subject property is reported to be in good condition. The sales and listings provided are reasonably timely and proximate given the subject and location. Sale one is physically most comparable to the subject property and a similar in living area, si (Continued on next page...)

Signature: *Evaluation*   Date: 10/11/2012

Firm Name: Coldwell Banker

Phone No.: 818-240-1111   Completed By: Armick M kaitian

Email Address: armkmi@gmail.com   Fax No.: N/A ES: 866-523-7477

Broker distance to subject Property: 16.11   Broker / Agent ID.: 00872203   Years of Experience: 28

For Internal Use Only This document was generated from certain BPO data fields provided by the Chase Supplier and does not represent an exact image of the BPO delivered by the licensed provider, which was provided to the borrower, if required. For a true copy of the BPO, see the BPO image provided by the Supplier.

BPO CHASE 12/09

601196681

## TEXT ADDENDUM

File # 1805045

| | |
|---|---|
| Borrower/Client | LIZ BANKS |
| Property Address | 1008 HARBOR CROSSING LN |
| City MARINA DEL REY | County Los Angeles   State CA   Zip Code 90292 |
| Lender | |

**General Text Addendum**
milar in age, and similar in lot size. The subject market is reported to be stable and in balance based upon data from trulia.com. The estimated value is bracketed by the sales range and further supported by the active listings. The concluded values are reasonable and consistent.

Subject Guideline Comments: 1.) The subject property's most recent sales information is provided above as recorded in public records or MLS. 2.) There is no additional prior sales information noted or available in the public records or MLS for the subject property.

Sale 1 Comments: Identical to subject . this comp was chosen based on the fact that its in the same complex as subject.

Sale 1 Guideline Comments: 1.) Exceeds Sales Timeliness - Thorough search of the MLS produced limited results making the utilization of this comparable property necessary though outside the typical time guidelines. Adjustment Comment: Factoring this line item is not within BPO guidelines, an adjustment analysis was performed and the adjustment was deemed immaterial for this specific line item.

Sale 2 Comments: Slightly Smaller house than subject on smaller more usable lot.

Sale 2 Guideline Comments: 1.) Exceeds Site Size - The subject's immediate market area after thorough research has limited inventory within 30% of the subject's lot area requiring relaxing of guidelines in order to provide the most pertinent market data. 2.) Exceeds Age - The subject's immediate market area upon research has limited inventory within five years of the subject's physical age.

Sale 3 Comments: larger house than subject on a smaller lot.

Sale 3 Guideline Comments: 1.) Exceeds Distance - This comparable property was considered applicable to the current valuation though exceeding distance parameters due to limited inventory and being most comparable in other attributes. Proximity adjustments, if applicable, are reflected in the Location line item adjustment. Adjustment Comment: Although this comparable falls outside of BPO guidelines for this specific line item, no adjustment was deemed to be necessary upon completion of an adjustment analysis. 2.) Exceeds Sales Timeliness - Given very limited inventory of sales and listings in the immediate market area, this comparable property, though dated, would be considered the best available for the current valuation. Adjustment Comment: Based on an 'adjustment analysis' comparing subject to this comparable, it was deemed that no adjustment was required for this specific line item. 3.) Exceeds Site Size - This comparable property was provided though exceeding 30% variance from the subject's site size, given very little available inventory in the immediate market area and overall comparable in other attributes and overall appeal to market. 4.) Exceeds Age - The subject's immediate market area upon research has limited inventory within five years of the subject's physical age.

List 1 Comments: Larger house than subject on a smaller more usable lot.

List 1 Guideline Comments: 1.) Exceeds Distance - Given very limited inventory of sales and listings comparable in gross living area (GLA) to the subject, this comparable property would be considered the best available for the current valuation. Proximity adjustments, if applicable, are reflected in the Location line item adjustment. Adjustment Comment: An adjustment on this comp for this specific line item was deemed not necessary after an adjustment analysis was performed and applied utilizing appropriate valuation methodology. 2.) Exceeds Site Size - This comparable property was considered applicable to the current valuation though dissimilar in lot area exceeding 30% due to limited inventory and being most comparable in other attributes as well as location. 3.) Exceeds Age - The subject's immediate market area upon research has limited inventory within five years of the subject's physical age.

List 2 Comments: larger house than subject on a smaller lot.

List 2 Guideline Comments: 1.) Exceeds Distance - The subject's immediate market area upon research has limited inventory for properties similar to the subject though this property is provided after an expanded comparable search radius and would be considered comparable to the subject.  Proximity adjustments, if applicable, are reflected in the Location line item adjustment. Adjustment Comment: An adjustment on this comp for this specific line item was deemed

***CONTINUED ON NEXT PAGE***

CONFIDENTIAL

# CHASE ⬤   RESIDENTIAL BROKER PRICE OPINION

WAM-120531-00830-2

**File #** 3343265

THIS IS NOT AN OPINION OF VALUE OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL. In making any decision that relies upon this document, be advised the document does not comply with guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

| Loan #: 5302454193 | Relationship to: Pro Teck Valuation Services |
|---|---|

REO #: _____  This BPO is the ☐ Interior ☐ 2nd Opinion ☐ Updated ☒ Exterior   DATE: 06/05/2012

Property Address: 1008 HARBOR XING   City: LOS ANGELES   State: CA   Zip: 90292   County: Los Angeles

Subject Parcel #: 4224-033-028   Borrower's Name: LIZ BANKS

## I. GENERAL MARKET CONDITIONS

Current market condition: ☐ Increasing ☒ Stable ☐ Declining

Employment conditions: ☐ Increasing ☒ Stable ☐ Declining

Market price of this type property has:
☐ Decreased _____ % in past _____ months
☒ Increased 3 % in past 1 months
☐ Remained Stable

Estimated percentages of owner vs. tenants in neighborhood: 80 % Owner occupant 20 % Tenant

There is a ☒ Normal Supply ☐ Oversupply ☐ Shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood: 12

No. of competing listings in neighborhood that are REO or Corporate owned: 2

No. of boarded or blocked-up homes: _____

## II. SUBJECT MARKETABILITY

Neighborhood Boundaries defined

Neighborhood boundaries are defined by 1 mile, without crossing over any major streets, freeways, or natural divisions. In addition, the neighborhood boundary search criteria also pays extra attention to not crossing into other districts and will note any comparables that are located in neighborhoods of different desirability, districts, or cities then subject.

Range of sales in the neighborhood is $ 1,423,200 to $ 2,779,000   Total # of Properties 23

Range of listings in the neighborhood is $ 2,667,000 to $ 1,428,000   Total # of Properties 12

The subject is an ☐ Over improvement ☐ Under improvement ☒ Appropriate improvement for the neighborhood

Normal marketing time in the area is: 90 days.

Are all types of financing available for the property? ☒ Yes ☐ No If no, explain _____

Has the property been on the market in the last 12 months? ☐ Yes ☒ No If yes, $ _____ list price (include MLS printout)

Is the subject currently listed for sale: ☐ Yes ☒ No   Current list price: $ _____   Listing Date: _____

If listed, provide the brokers name: _____ Firm: _____ Phone # _____

Subjects total DOM for the past year: _____   Starting Listing Price: $ _____

First price reduction: DOM _____ Price: $ _____   Second price reduction: DOM _____ Price: $ _____   Third price reduction: DOM _____ Price: $ _____

To the best of your knowledge, why did it not sell? _____

Subjects Last Sale Price: $ 1,155,000   Sales Date: 07/19/2000

Additional Prior Sale Price within past 24 months: $ Not Available   Sales Date: Not Available

Unit Type: ☒ Single family detached ☐ Condo ☐ Co-op ☐ Units # _____ ☐ Single family attached ☐ Townhouse ☐ Modular ☐ Mobile home

If condo or other association exists: Fee $ _____ ☐ Monthly ☐ Annually ☐ Current? ☐ Yes ☐ No   Fee delinquent? $ _____

The fee includes: ☐ Insurance ☐ Landscape ☐ Pool ☐ Tennis   Other _____

Association Contact: _____ Name: _____ Phone # _____

Project Name: _____   Total Number of units: _____   Legal action ☐ Yes ☐ No

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1008 HARBOR CROSSING LN LOS ANGELES CA 90001 | 2012 Walnut Ave Venice CA 90291 | | 2233 Glyndon Ave Venice CA 90291 | | 3611 Colonial Ave Los Angeles CA 90066 | |
| Unit # | 1 | 1 | | 1 | | 1 | |
| Proximity to Subject | | 1.14 mi | | 0.92 mi | | 1.66 mi | |
| Sale Price | $ | | $ 1,785,000 | | $ 1,820,000 | | $ 1,905,000 |
| Price / Gross Living Area | $ 510.84 sq.ft. | $ 556.42 sq.ft. | | $ 527.23 sq.ft. | | $ 510.72 sq.ft. | |
| List Price at Sale | | 2,200,000 | | 1,875,000 | | 1,905,000 | |
| # of Price Reductions | | 0 | | 0 | | 0 | |
| Sale Type (Reo/Short Sale/ Ford) | | STANDARD | | STANDARD | | STANDARD | |
| Sale Date & | | 04/23/2012 | | 12/30/2011 | | 03/20/2012 | |
| Days on Market | 90 | 150 | | 118 | | 114 | |
| PRICE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | NO NO | 0 | NO NO | 0 | NO NO | 0 |
| Location (city/rural) | SUBURBAN | SUBURBAN | 0 | SUBURBAN | 0 | SUBURBAN | 0 |
| Leasehold/Fee Simple | FEESIMPLE | FEESIMPLE | 0 | FEESIMPLE | 0 | FEESIMPLE | 0 |
| Lot Size | 6200 Sq.Ft. | 5715 Sq.Ft. | 0 | 5850 Sq.Ft. | 0 | 6500 Sq.Ft. | 0 |
| # of units | 1 | 1 | 0 | 1 | 0 | 1 | 0 |
| View | Typical | Typical | 0 | Typical | 0 | Typical | 0 |
| Appeal & Quality | AVERAGE | AVERAGE | 0 | AVERAGE | 0 | AVERAGE | 0 |
| Year Built | 2010 | 2009 | 0 | 2009 | 0 | 2006 | 0 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 3 3 | 8 3 3 | 0 | 10 5 3 | -6000 | 9 3 4 | -2000 |
| Gross Living Area | 3574 sq.ft. | 3208 sq.ft. | 0 | 3452 sq.ft. | 1830 | 3730 sq.ft. | -2340 |
| Basement & Finished | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heating / Cooling | central/central | central/central | 0 | central/central | 0 | central/central | 0 |
| Garage / Carport | 3 car | 3 car | 0 | 3 car | 0 | 2 car | 2000 |
| Porch/Patio/Deck | none | none | 0 | open patio | 0 | open patio | 0 |
| Fireplaces | 0 | 0 | | 0 | | 0 | |
| Fence, Pool, etc | none | none | | none | | private pool | |
| Other / Functional Utility | none | none | | none | | none | |
| Net Adj. (Total) | | ☒ + ☐ - | $ 5490 | ☐ + ☒ - | $ -4170 | ☐ + ☒ - | $ -2340 |
| Adjusted Sale Price of Comparables | | | $ 1790490 | | $ 1815830 | | $ 1902650 |

BPO CHASE 12:09

JPMC-Banks_004202
SLG-Banks006157

**CHASE ○**   **RESIDENTIAL BROKER PRICE OPINION**   WAM-120531-00830-2   File # 3343265

| REO #: | Loan #: 5302454193 | Relationship #: Pro Teck Valuation Services |
|---|---|---|

**IV. CURRENT OCCUPANCY STATUS**

Occupancy Status:   Owner ☒   Vacant ☐   Tenant ☐   Other ☐
Ownership Status:   Main residence ☒

**V. MARKETING OCCUPANCY STRATEGY**

Occupancy Status:   Owner ☒   Vacant ☐   Tenant ☐   Other ☐

Estimated Rent: $ 7,654   per month

☒ As-is   ☐ Minimal Lender Required Repairs   ☐ Repaired   Most Likely Buyer: ☒ Owner occupant   ☐ Investor

**VI. REPAIRS**

Itemize ALL repairs needed to bring property from its present "as-is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

| | | | | |
|---|---|---|---|---|
| ☐ None | $ 0 | ☐ None | | $ 0 |
| ☐ None | $ 0 | ☐ None | | $ 0 |
| ☐ None | $ 0 | ☐ None | | $ 0 |
| ☐ None | $ 0 | ☐ None | | $ 0 |
| ☐ None | $ 0 | ☐ None | | $ 0 |

GRAND TOTAL FOR ALL REPAIRS $ 0

**VII. COMPETITIVE LISTINGS**

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | COMPARABLE NUMBER 2 | COMPARABLE NUMBER 3 |
|---|---|---|---|---|
| Address | 1008 HARBOR XING LOS ANGELES  CA  90292 | 145 Union Jack West Hollywood  CA  90069 | 7438 W 80th St Westchester  CA  90045 | 417 Venice Blvd Los Angeles  CA  90015 |
| Unit # | | 1 | 1 | 1 |
| Proximity to Subject | | 7.91 mi | 1.85 mi | 10.9 mi |
| List Price | $ | $ 1,779,000 | $ 1,799,000 | $ 1,985,000 |
| Price / Gross Living Area | $ 510.84  sq.ft. | $ 492.93  sq.ft. | $ 466.42  sq.ft. | $ 629.36  sq.ft. |
| Original List Price | | 1,779,000 | 1,799,000 | 1,985,000 |
| # of Price Reductions | | 0 | 0 | 0 |
| Verification Sources | | MLS | MLS | MLS |

| PRICE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | NO | 0 | NO | 0 | NO | 0 |
| Concessions | | NO | 0 | NO | 0 | NO | 0 |
| Days on Market | | 126 | 0 | 123 | 0 | 105 | 0 |
| Location (city/rural) | SUBURBAN | SUBURBAN | 0 | SUBURBAN | 0 | SUBURBAN | 0 |
| Leasehold/Fee Simple | FEESIMPLE | FEESIMPLE | 0 | FEESIMPLE | 0 | FEESIMPLE | 0 |
| Lot Size | 6200 Sq.Ft. | 3150 Sq.Ft. | | 5600 Sq.Ft. | 0 | 2249 Sq.Ft. | 0 |
| View | Typical | Typical | 0 | Typical | 0 | Typical | 0 |
| Appeal & Quality | AVERAGE | AVERAGE | 0 | AVERAGE | 0 | AVERAGE | 0 |
| Year Built | 2010 | 1999 | 0 | 2006 | 0 | 2007 | 0 |
| Condition | GOOD | GOOD | 0 | GOOD | 0 | GOOD | 0 |

| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 8 | 3 | 3 | 9 | 3 | 4 | -2000 | 12 | 5 | 5 | -10000 | 9 | 4 | 2 | -1000 |
| Gross Living Area | 3574  sq.ft. | 3609  sq.ft. | | -525 | 3857  sq.ft. | | -4245 | 3154  sq.ft. | | 6300 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | 0 | 0 | | 0 | | 0 | |
| Heating / Cooling | central/central | central/central | 0 | central/central | 0 | central/central | 0 |
| Garage / Carport | 3 car | 3 car | 0 | 2 car | 2000 | 2 car | 2000 |
| Porch/Patio/Deck | none | open patio | 0 | open patio/deck | 0 | open patio | 0 |
| Fireplaces | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fence, Pool, etc | none | none | 0 | none | 0 | none | 0 |
| Other / Functional Utility | | none | 0 | none | 0 | none | 0 |
| Net Adj.(Total) | | ☐ +  ☒ - | $ -2525 | ☐ +  ☒ - | $ -12245 | ☒ +  ☐ - | $ 7300 |
| Adjusted Sale Price of Comparables | | | $ 1776475 | | $ 1786755 | | $ 1992300 |

**VIII. THE PRICE OPINION** (The price must fall within the indicated price range of the competitive closed sales.)

| | Price Opinion | Suggested List Price |
|---|---|---|
| AS IS 90 to 120 day price | $ 1,825,750 | $ 1,862,265 |
| REPAIRED 90 to 120 day price | $ 1,825,750 | $ 1,862,265 |
| Quick sale price | $ 1,734,462 | $ 1,769,151 |
| Land price | $ 976,199 | |

Last Sale of Subject,  Price $ 1,155,000   Date 07/19/2000

**IX. COMMENTS** (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Subject Comments: Subject is in an good condition conforming to neighborhood with no adverse easements, economic/functional obsolescence, or repairs visible. Paint, roof, and landscaping also appear in good condition.

Inventory has no comps so search expanded to 2 miles due to subject is newly constructed. My search results were 20 with scattered values and cities. In order to complete the report I'm forced to use scattered value comps to compare with the subject. However my value approaches is true as per market conditions.

Neighborhood Comments: Neighborhood conforms to subject and is located nearby shopping, schools, restaurants, p....(see full comments on Text Addendum page)

**✗PRO TECK**
VALUATION SERVICES

| Signature: | Date: 04/06/2012 |
|---|---|
| Firm Name: 110 International Corporation | Completed By: Amir Azmi |
| Phone No.: 310-424-9300 | Fax No.: 310-542-2616 |
| Email Address: bpolosangeles7@gmail.com | Broker / Agent Lic #: 01715346 |
| Broker distance to subject Property: 6.5 | Years of Experience: |

For Internal Use Only This document was generated from certain BPO data fields provided by the Data Supplier and does not represent an exact image of the BPO delivered by the licensed provider, which was provided to the borrower, if required. For a true copy of the BPO, see the BPO image provided by the Supplier.

BPO CHASE 12/09

CONFIDENTIAL                    JPMC-Banks_004203

SLG-Banks090188

TEXT ADDENDUM

File # 3343265

| Borrower/Client | LIZ BANKS | | | | |
|---|---|---|---|---|---|
| Property Address | 1008 HARBOR XING | | | | |
| City | LOS ANGELES | County Los Angeles | State CA | Zip Code 90292 | |
| Lender | | | | | |

Subject Comments: Subject is in an good condition conforming to neighborhood with no adverse easements, economic/functional obsolescence, or repairs visible. Paint, roof, and landscaping also appear in good condition.

Inventory has no comps so search expended to 2 miles due to subject is newly constructed. My search results were 20 with scattered values and cities. In order to complete the report I'm forced to use scattered value comps to compare with the subject. However my value approaches is true as per market conditions.

Neighborhood Comments: Neighborhood conforms to subject and is located nearby shopping, schools, restaurants, parks, public transportation, and freeway access. No negative external influences, environmental concerns, or zoning issues noted. In addition no atypical positive external influences, environmental concerns, or zoning concerns. This includes no boarded up homes or major construction noted nearby.

Sale 1 Comments: Comp is equal in beds, baths and age. inferior in lot size and sqft.

Sale 2 Comments: Comp is equal in baths and age. inferior in lot size and sqft. superirio in beds.

Sale 3 Comments: Comp is equal in beds and age. superior in baths, lot size and sqft.

Listing 1 Comments: Comp is equal in beds and age. Inferior in lot size. superior in beds and sqft.

Listing 2 Comments: Comp is equal in age. inferior in lot size. superior in beds, baths and sqft.

Listing 3 Comments: Comp is equal in age. inferior in beds, sqft and lot size. superior in beds.

Review Comments: The subject is in good condition, located across from boat marina. The neighborhood conforms to subject and is located nearby shopping, schools, restaurants, parks, public transportation, and freeway access. No negative external influences, environmental concerns, or zoning issues noted. In addition no atypical positive external influences, environmental concerns, or zoning attributes noted. Property values are improving at this time. Due to limited relevant market data in subject location, certain parameters were expanded, including: Lot size parameters were expanded beyond 30% for Listing 1 and Listing 3. Year built parameters was expanded for comp outside 5 years of age for Listing 1. Distance guidelines were expanded to a different city or zip for Sale 1, Sale 2, Sale 3, Listing 1, Listing 2, and Listing 3. Distance guidelines were expanded over 1 mile for Sale 1, Sale 3, Listing 1, Listing 2, and Listing 3. Although some guidelines were expanded, the comps provided are deemed to be the best available in the subject market and appropriate adjustments were made as necessary.

CONFIDENTIAL

SUBJECT PHOTOGRAPH ADDENDUM

File # 3343265

| Borrower/Client | LIZ BANKS | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1008 HARBOR XING | | | | | |
| City | LOS ANGELES | County | Los Angeles | State | CA | Zip Code 90292 |
| Lender | | | | | | |



FRONT OF SUBJECT PROPERTY



REAR OF SUBJECT PROPERTY

NOT AVAILABLE

STREET SCENE

### ADDITIONAL PHOTOGRAPH ADDENDUM

File # 3343265

| | |
|---|---|
| Borrower/Client | LIZ BANKS |
| Property Address | 1008 HARBOR XING |
| City | LOS ANGELES   County Los Angeles   State CA   Zip Code 90292 |
| Lender | |



JPMC-Banks_004206

COMPARABLES PHOTOGRAPH ADDENDUM

File # 3343265

| | |
|---|---|
| Borrower/Client | LIZ BANKS |
| Property Address | 1008 HARBOR XING |
| City | LOS ANGELES |
| County | Los Angeles |
| State | CA |
| Zip Code | 90292 |
| Lender | |



**Comparable Sale 1**

2012 Walnut Ave

| Venice | CA | 90291 |
|---|---|---|
| Date of Sale: | 04/29/2012 | |
| Sale Price: | 1,785,000 | |
| Sq. Ft.: | 3208 | |
| $ / Sq. Ft.: | 556.42 | |



**Comparable Sale 2**

2233 Glyndon Ave

| Venice | CA | 90291 |
|---|---|---|
| Date of Sale: | 12/30/2011 | |
| Sale Price: | 1,820,000 | |
| Sq. Ft.: | 3452 | |
| $ / Sq. Ft.: | 527.23 | |



**Comparable Sale 3**

3611 Colonial Ave

| Los Angeles | CA | 90066 |
|---|---|---|
| Date of Sale: | 03/20/2012 | |
| Sale Price: | 1,905,000 | |
| Sq. Ft.: | 3730 | |
| $ / Sq. Ft.: | 510.72 | |

CONFIDENTIAL

LISTING COMPARABLE PHOTOGRAPH ADDENDUM

File # 3343265

| | |
|---|---|
| Borrower/Client | LIZ BANKS |
| Property Address | 1008 HARBOR XING |
| City | LOS ANGELES |
| County | Los Angeles |
| State | CA |
| Zip Code | 90292 |
| Lender | |



**Listing 1**

Listing 1: 146 Union Jack
List Date: 02/01/2012
List Price: 1,779,000
Sq. Ft.: 3609
$ / Sq. Ft: 492.93



**Listing 2**

Listing 2: 7438 W 80th St
List Date: 03/14/2012
List Price: 1,799,000
Sq. Ft.: 3857
$ / Sq. Ft: 466.42



**Listing 3**

Listing 3: 417 Venice Blvd
List Date: 04/01/2012
List Price: 1,985,000
Sq. Ft.: 3154
$ / Sq. Ft: 629.36

LOCATION MAP ADDENDUM

File # 3343265

| Borrower/Client | LIZ BANKS | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1008 HARBOR XING | | | | | |
| City | LOS ANGELES | County | Los Angeles | State | CA | Zip Code 90292 |
| Lender | | | | | | |



CONFIDENTIAL

File # 3343265

| | |
|---|---|
| Borrower/Client | LIZ BANKS |
| Property Address | 1008 HARBOR XING |
| City | LOS ANGELES |
| County | Los Angeles |
| State | CA |
| Zip Code | 90292 |
| Lender | |

CONFIDENTIAL

This document was generated on: 3/30/2015 1:44:52 PM

# EXHIBIT "E"

SLG-Banks000197

## Sergio Jimenez

| | |
|---|---|
| **From:** | Claudine NorCal Law [Claudine@NorCal-Law.com] |
| **Sent:** | Wednesday, August 12, 2015 10:23 PM |
| **To:** | 'Sergio Jimenez' |
| **Subject:** | FW: Banks v. Chase |

**From:** Claudine NorCal Law [mailto:Claudine@NorCal-Law.com]
**Sent:** Tuesday, June 30, 2015 4:56 PM
**To:** 'Quattrocchi, Joseph V.'; 'NorCal-Law.com'
**Subject:** RE: Banks v. Chase

Joseph —

Alan is out of the office on business, but has asked me to reply to your email below. We will be working with our client diligently to gather and deliver the documents you are requesting and that exist prior to the deposition.

On that note, we would also like to make clear our expectations with regard to production as we are all on very tight timelines. As the Court noted in its trial setting order nearly a year ago, the parties were ordered to comply fully with the letter *and spirit* of Fed. R. Civ. Pro. 26(a) and thereby obtain and produce most of what would be produced in the early stage of discovery. However, you insisted production would not take place until the Motion to Dismiss(s) was decided.

Although Chase's recent initial disclosures prior to the settlement conference include internet reprints of documents through mid-2014 and a payment history through late August, 2014, Chase provided only select MSP records (LMT Process Notes) through July 10, 2013.

We request that you immediately provide all records of contacts with Ms. Banks through to the present day. Given the short timelines remaining for discovery, Chase's failure to provide nearly a year's worth of notes conflicts with the court's particular instructions to cooperate.

In any event, we expect that Chase will respond in full to written discovery requests on or before July 22, 2015. We expect Chase to produce all MPS records, including Consolidated Notes Logs, Escrow Analysis Processing Notes, Bankruptcy Notes, REO Process Notes, Foreclosure Processing Notes, Customer Service Notes, *all* LMT Process Notes, Hazard Processing Notes, Tax Processing Notes, Customer Service Workstation notes, Delinquency Notes, History of Corporate Advance Transactions, and Customer Service Comments. We expect full disclosure of any records reflecting investor restrictions on modification of the loan, and records relating to research, credit, or other internal requests of communications concerning the loan, including but not limited to emails, saved Communicator records, and Customer Care Workbench/CCW records. If the case was escalated at any time, we expect disclosure of any records relating to the escalation, including but not limited to Weber notes. These would be considered "ALL COMMUNICATIONS" as stated in our disclosure requests.

We also expect Chase to disclose any underwriting-related documents, such as Agent Desktop or FORTRACS records, and any NPV analyses performed on the loan at any time.

We also expect disclosure of any LPS, Vendorscape, or any other communications to or from the Trustee or foreclosure firm.

SLG-Banks000198

Finally, we expect Chase to produce any and all voice recordings of contacts between any representative of Chase or its agents and Ms. Banks or any person representing her.

These records are responsive to our Requests for Documents Nos. 1 through 18 and other disclosure requests. Moreover, we will view any claim by Chase that it needs additional time to comply with these requests as not made in good faith, as this suit has been contested and pending for now almost one year.

Thank you in advance for your attention to this matter.

Sincere Regards,

Claudine Sherron

---

**From:** Quattrocchi, Joseph V. [mailto:jquattrocchi@morganlewis.com]
**Sent:** Monday, June 29, 2015 4:15 PM
**To:** NorCal-Law.com
**Cc:** 'Claudine NorCal Law'
**Subject:** FW: Banks v. Chase

Alan:

Thank you for sending Plaintiff's Initial Disclosures. With respect to the description of documents, you list "copies of original application documents and all other documents provided" under Ms. Bank's category and "all documents related to any and all NVP evaluations performed in relation to all Banks' loan and modification attempts" under the "Independent Documents" category  Please provide us with the documents listed under Ms. Banks in advance of the deposition. We anticipate this will include all documents supporting her claims regarding the loan modification issues and all documents supporting her claims for damages. Also, if you are in possession of and the documents related to "any and all NVP evaluations," please produce those as well.

Thank you,


**Joseph V. Quattrocchi**
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7446 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
jquattrocchi@morganlewis.com | www.morganlewis.com
Assistant: Victoria L. Rader | +1.213.612.7371 | vrader@morganlewis.com

---

**From:** Shelley Cummings [mailto:Shelley@norcal-law.com]
**Sent:** Friday, June 26, 2015 4:48 PM
**To:** Quattrocchi, Joseph V.
**Subject:** Banks v. Chase

Mr. Quattrocchi –

Attached please find our Disclosures pursuant to FRCP Rule 26. If you would please advise as to when we might expect your client's disclosures, it would be appreciated.

*Shelley Cummings*
**Paralegal/Office Manager**
**Notary Public - Certified Signing Agent**

SLG-Banks000199

# S L G  STRATEGIC LEGAL GROUP, PC.
### BUSINESS   REAL ESTATE   ESTATE PLANNING

121 W. Main Street, Suite F
Turlock, CA 95380
Office: (209)683-1616
Cell:   (209) 628-2727
Email: shelley@norcal-law.com
www.NorCal-Law.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged and is intended for the designated recipient only. If you have received it in error, please notify the sender immediately and delete the original.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

SLG-Banks000200

**From:** Quattrocchi, Joseph V. [mailto:jquattrocchi@morganlewis.com]
**Sent:** Thursday, January 29, 2015 4:01 PM
**To:** NorCal-Law.com
**Subject:** RE: Update Banks v Chase

Alan:

With regards to discovery, you agreed in the attached Case Management Statement that discovery would not begin until 30 days after the case is at issue. We have not yet responded to the First Amended Complaint which we will be filing on Feb. 13th. As the court has yet to rule on our impending motion, the case is not yet at issue.

With regards to settlement, I have presented your client's demand to Chase and am awaiting a response.

Thank you,

**Joseph V. Quattrocchi**
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7446 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
jquattrocchi@morganlewis.com | www.morganlewis.com
Assistant: Victoria L. Rader | +1.213.612.7371 | vrader@morganlewis.com

---

**From:** NorCal-Law.com [mailto:Alan@NorCal-Law.com]
**Sent:** Thursday, January 29, 2015 3:52 PM
**To:** Quattrocchi, Joseph V.
**Subject:** Update Banks v Chase

Joseph,

I just wanted to touch bases with you again to see if you heard back from your client regarding the settlement talks. Time is going by fast and if I do not hear something soon we will want to start discovery. I also have an issues with the availability of my client. As you may know Mr. Banks, Liz's husband, unfortunately passed away last Friday in Chicago. Mrs. Banks is very busy with taking care of their grieving daughter along with the final arrangements for her husband, press conferences and various memorial services. As you can imagine she has a lot on her mind and her time is stretched thin for the foreseeable future. That is why I would like to get started on any negotiations as soon as possible. Please contact us with an update as soon as you can.

Thank you,

**Alan Eighmey, Esq.**
*Attorney and Counselor at Law*



121 W. Main Street, Suite F
Turlock, CA 95382
Phone 209-683-1616
Fax 209-250-1991
Email:  Alan@NorCal-Law.com
Website: www.NorCal-Law.com

2

SLG-Banks000201

**NorCal-Law.com**

| | |
|---|---|
| **From:** | Quattrocchi, Joseph V. <jquattrocchi@morganlewis.com> |
| **Sent:** | Tuesday, February 10, 2015 1:10 PM |
| **To:** | NorCal-Law.com |
| **Subject:** | RE: Update Banks v Chase |

Alan:

We're going to be filing our Motion to Dismiss this coming Friday.  The earliest court date that we were able to get is March 30th. Currently, mediation is set for March 12th.  Would you be agreeable to putting the mediation off by two weeks to the first week of April? This way, we will know which claims are exactly at issue in this matter and which claims need to be settled.  As it stands, we don't know which of the Fraud, ECOA, and FDCPA claims  will survive our motion.  I'm sure you'll agree that each claim carries its own settlement value and their inclusion/exclusion from the mediation will of course affect the course of our discussions.

Please let me know if you agree.

Thanks,

**Joseph V. Quattrocchi**
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7446 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
jquattrocchi@morganlewis.com | www.morganlewis.com
Assistant: Victoria L. Rader | +1.213.612.7371 | vrader@morganlewis.com

**From:** NorCal-Law.com [mailto:Alan@NorCal-Law.com]
**Sent:** Thursday, January 29, 2015 4:10 PM
**To:** Quattrocchi, Joseph V.
**Subject:** RE: Update Banks v Chase

Joseph,

Thank you for the update.

**Alan Eighmey, Esq.**
*Attorney and Counselor at Law*

 **STRATEGIC LEGAL GROUP, P.C.**
BUSINESS   REAL ESTATE   ESTATE PLANNING

121 W. Main Street, Suite F
Turlock, CA 95382
Phone 209-683-1616
Fax 209-250-1991
Email:  Alan@NorCal-Law.com
Website:  www.NorCal-Law.com

*NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

SLG-Banks000202

## NorCal-Law.com

| | |
|---|---|
| **From:** | Quattrocchi, Joseph V. <jquattrocchi@morganlewis.com> |
| **Sent:** | Wednesday, October 1, 2014 8:54 AM |
| **To:** | NorCal-Law.com |
| **Subject:** | RE: Banks v. JPMC |

Alan –

As I am sure you are, it is inappropriate for you to be contacting my client directly regarding requests for information in this matter. All informational requests must go through my office.

The information you are requesting is typical of a full discovery demand.  As I stated in my prior email, our preference is to abide by the federal rules of procedure in this matter. We have not had our initial disclosure, our Rule 26(f) statement or our Rule 26(f) conference.  In addition, the pleadings are not yet at issue and the Court has not yet narrowed the issues.

**Joseph V. Quattrocchi**
Morgan, Lewis & Bockius LLP
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7446 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
jquattrocchi@morganlewis.com | www.morganlewis.com
Assistant: Victoria L. Rader | +1.213.612.7371 | vrader@morganlewis.com

**From:** NorCal-Law.com [mailto:Alan@NorCal-Law.com]
**Sent:** Wednesday, October 01, 2014 8:38 AM
**To:** Quattrocchi, Joseph V.
**Subject:** RE: Banks v. JPMC

Joseph,

Thank you for your response. We were not looking for a full discovery at this time. However we had sent an information request to JPMorgan Chase and were notified that we needed to go through you. We were just looking to get some information on Ms. Banks account.

Primarily we are requesting

1) Copies of all internal notes generated by any JPMorgan Chase Bank employee entered into the company records, electronically or otherwise, as a result of contacted initiated either by Ms. Banks or JPMorgan Chase Bank regarding the mortgage in question since January 1, 2011
2) Copies of all written communications generated by JPMorgan Chase Bank to Ms. Banks regarding her mortgage since January 1, 2011.
3) Copies of all written communications received by JPMorgan Chase Bank from Ms. Banks which should include the receipt date of any such communications.

Let me know if you would be able to supply this information to our office. If you have any questions or would like to discuss please give me a call.

Best Regards,

Alan Eighmey, Esq.
Law Office of Alan Eighmey

SLG-Banks000203

121 W. Main Street, Suite F
Turlock, CA 95382
Phone 209-683-1616
Fax 209-250-1991


*NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Quattrocchi, Joseph V. [mailto:jquattrocchi@morganlewis.com]
**Sent:** Monday, September 29, 2014 4:50 PM
**To:** NorCal-Law.com
**Subject:** Re: Banks v. JPMC

Alan:

The pleadings are not yet at issue, so my client is of the position that discovery would be premature at least until the court has ruled on our motion to dismiss. We have not done our initial joint disclosures nor have we had our first 26(f) discovery conference nor have we prepared our Rule 26(f) joint discovery plan. It would probably save both our clients great expense if we approached discovery in accordance with the federal rules. We propose an informal mutual agreement to wait until the court has narrowed the issues so that we can both conduct a more specific and targeted discovery.

I am available all day tomorrow if you would like to discuss.

**Joseph V. Quattrocchi**
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: 213.612.7446 | Main: 213.612.2500 | Fax: 213.612.2501
jquattrocchi@morganlewis.com | www.morganlewis.com
Assistant: Victoria L. Rader | 213.612.7371 | vrader@morganlewis.com

On Sep 29, 2014, at 2:46 PM, NorCal-Law.com <Alan@NorCal-Law.com> wrote:

> Joseph,
>
> I wanted to touch bases with you to see when you would have time this week  to discuss the Banks case.
> I want to get discovery going and see where your client is regarding this case. Let me know what times
> you may have available.
>
> Best Regards,
>
> Alan Eighmey, Esq.
> Law Office of Alan Eighmey
> 121 W. Main Street, Suite F
> Turlock, CA 95382
> Phone 209-683-1616
> Fax 209-250-1991
>
> *NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is*

2

SLG-Banks000204

*prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

SLG-Banks000205

**NorCal-Law.com**

| | |
|---|---|
| **From:** | Quattrocchi, Joseph V. <jquattrocchi@morganlewis.com> |
| **Sent:** | Monday, September 29, 2014 4:50 PM |
| **To:** | NorCal-Law.com |
| **Subject:** | Re: Banks v. JPMC |

Alan:

The pleadings are not yet at issue, so my client is of the position that discovery would be premature at least until the court has ruled on our motion to dismiss. We have not done our initial joint disclosures nor have we had our first 26(f) discovery conference nor have we prepared our Rule 26(f) joint discovery plan. It would probably save both our clients great expense if we approached discovery in accordance with the federal rules. We propose an informal mutual agreement to wait until the court has narrowed the issues so that we can both conduct a more specific and targeted discovery.

I am available all day tomorrow if you would like to discuss.

**Joseph V. Quattrocchi**
**Morgan, Lewis & Bockius LLP**
300 S. Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: 213.612.7446 | Main: 213.612.2500 | Fax: 213.612.2501
jquattrocchi@morganlewis.com | www.morganlewis.com
Assistant: Victoria L. Rader | 213.612.7371 | vrader@morganlewis.com

On Sep 29, 2014, at 2:46 PM, NorCal-Law.com <Alan@NorCal-Law.com> wrote:

> Joseph,
>
> I wanted to touch bases with you to see when you would have time this week  to discuss the Banks case. I want to get discovery going and see where your client is regarding this case. Let me know what times you may have available.
>
> Best Regards,
>
> Alan Eighmey, Esq.
> Law Office of Alan Eighmey
> 121 W. Main Street, Suite F
> Turlock, CA 95382
> Phone 209-683-1616
> Fax 209-250-1991
>
>
> *NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

DISCLAIMER
This e-mail message is intended only for the personal use

SLG-Banks000206