**MORGAN, LEWIS & BOCKIUS LLP**
JOSEPH DUFFY (Bar No. 241854)
JOSEPH BIAS (Bar No. 257127)
JOSEPH QUATTROCCHI (Bar No. 257568)
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   213.612.2500
Fax:   213.612.2501
E-Mail:   jduffy@morganlewis.com
            jbias@morganlewis.com
            jquattrocchi@morganlewis.com

Attorneys for Defendant
JPMorgan Chase Bank, N.A.
*erroneously sued as JPMorgan JPMC Bank,*
*N.A.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ BANKS, | Case No. 2:14-cv-06429-JAK-FFM |
| Plaintiff, | Hon. John A. Kronstadt |
| vs. | **DEFENDANT JPMORGAN CHASE BANK, N.A.'S RULE 26(A)(3) PRETRIAL DISCLOSURES** |
| CHASE BANK, N.A.; DOES 1 to 100, inclusive, | |
| Defendant. | |
| | Complaint Filed: July 15, 2014 |
| | FAC Filed:     November 26, 2014 |
| | Trial Date:     September 22, 2015 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26240769.1

JPMC'S RULE 26(A)(3) PRETRIAL
DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., *erroneously sued as Chase Bank, N.A.* ("JPMC") makes the following disclosures.  These disclosures are subject to amendment and supplementation as JPMC's investigation of the relevant facts continues.  These disclosures are based upon JPMC's defenses to Plaintiff Liz Banks's ("Plaintiff") individual claims.  In the event that JPMC's investigation produces previously unknown information or documentation, JPMC reserves the right to clarify, alter, amend, modify or supplement these disclosures and the information contained therein.  Pursuant to Rule 26(a)(3)(A), these disclosures do not include impeachment or rebuttal witnesses or documents.

## GENERAL LIMITATIONS AND EXCEPTIONS

1.      These Pretrial Disclosures are made upon a good faith review of information reasonably available to JPMC at this time, and JPMC reserves the right to make subsequent disclosures in the course of discovery.  Such information may lead to additions to, changes in, and/or variations in these disclosures.

2.      JPMC will withhold information protected from disclosure by the attorney-client privilege or work product doctrine, including, without limitation, information prepared by or at the direction of their attorneys, or by or for its attorneys' representatives or agents in anticipation of litigation or for trial, and any material containing or reflecting mental impressions, conclusions, opinions, and/or legal theories, or the basis thereof, of any of its attorneys, or any other applicable privileges.

3.      JPMC, in making its pretrial disclosures, does not waive any objections based on relevance, materiality, competence, privilege, immunity from disclosure, or other grounds as specified above.

## I.   FACT WITNESSES & DEPOSITION TESTIMONY

JPMC hereby identifies the following individuals as fact witnesses who are expected to be present at trial:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26240769.1

2

JPMC'S RULE 26 PRETRIAL DISCLOSURES

**A.     Plaintiff Liz Banks**, who may be reached through her counsel of record, regarding her loan, her loan payment history, her loan modification applications, her communications with JPMC regarding her loan and her loan modification applications, her communications with credit reporting agencies, her credit score, her past and present employment, her alleged damages, the Property, the foreclosure thereof, and her past and present income.  JPMC further expects to offer portions of Plaintiff's deposition testimony from July 8, 2015.

**B.     Jeremy Summerford**, Mortgage Banking Research Officer for JPMC, who may be reached through JPMC's counsel of record, regarding Plaintiff's loan file and loan modification applications, Plaintiff's communications with JPMC regarding her loan and loan modification applications, and general information regarding JPMC's policies and procedures related to its review of loan modification applications.  JPMC also expects to offer portions of Mr. Summerford's deposition testimony from July 28, 2015.

JPMC further states that it may call any witness listed on Plaintiff's disclosures, to the extent it has not objected thereto.  JPMC further states that it may use any deposition testimony listed on Plaintiff's disclosures to the extent it has not been objected thereto.

## II.   EXPERT WITNESSES

At this time, JPMC does not anticipate that any expert witnesses will be present at trial.  Expert disclosures per Rule 26(a)(2) were due on June 29, 2015 and neither party disclosed any expert witnesses.

## III.   DOCUMENTS & EXHIBITS

JPMC expects to offer the following documents and exhibits:

**1.**     Deposition Transcript of Plaintiff Liz Banks (the "Banks Depo.") taken on July 8, 2015.

**2.**     Deposition Transcript of Jeremy Summerford (the "Summerford Depo.") taken on July 28, 2015.

3.  Plaintiff's First Amended Complaint [Dkt. No. 26] filed on November 26, 2014.

4.  Plaintiff's Rule 26 Initial Disclosure Statement, dated June 26, 2015.

5.  Declaration of Evan L. Grageda in Support of JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment And/Or Summary Adjudication (with Exhibits A and B), dated August 3, 2015 as filed with the Court on August 10, 2015 [Dkt. No. 75].

6.  Reply Declaration of Evan L. Grageda in Support of JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment And/Or Summary Adjudication (with Exhibit A), dated August 17, 2015 as filed with the Court on August 19, 2015 [Dkt. No. 100].

7.  Declaration of Lisa Martinez, dated August 13, 2015, as filed with the Court on August 19, 2015 [Dkt. No. 101].

8.  Sworn Statement of Elizabeth Ellzy Banks in support of Petition for Interim Attorneys Fees and Costs and Experts' Fees And Costs, filed on March 25, 2013 in the Circuit Court of Cook County, Illinois, County Department – Domestic Relations Division, in Banks v. Banks, case no. 12D05458.

9.  Order from the Circuit Court of Cook County Illinois on Plaintiff's Petition for Interim Attorneys Fees and Costs and Experts' Fees And Costs entered on May 6, 2013.

10. Business Entity Information for Galaxy Gaming Il, LLC from the Nevada Secretary of State's website.

11. Defendant JPMorgan Chase Bank, N.A.'s Requests For Admissions Propounded To Plaintiff Liz Banks, Set One, dated June 23, 2015.

12. Defendant JPMorgan Chase Bank, N.A.'s Interrogatories To Plaintiff Liz Banks, Set One, dated June 23, 2015.

13. Plaintiff's Verified Responses to Defendant JPMorgan Chase Bank, N.A.'S Requests For Admissions Propounded To Plaintiff Liz Banks, Set One, produced on July 30, 2015.

14. Plaintiff's Verified Responses to Defendant JPMorgan Chase Bank, N.A.'S Interrogatories To Plaintiff Liz Banks, Set One, produced on July 30, 2015.

15. Petition for Dissolution of Marriage, filed by Mr. Ernest Banks on June 4, 2012 in the Circuit Court of Cook County, Illinois, County Department – Domestic Relations Division, in Banks v. Banks, case no. 12D05458.

16. Sworn Petition for Contribution to Attorneys Fees and Costs filed by Plaintiff on March 5, 2015 in the Circuit Court of Cook County, Illinois, County Department – Domestic Relations Division, in Banks v. Banks, case no. 12D05458.

**17.** Last Will and Testament of Ernest Banks, executed on October 17, 2014 and filed on February 9, 2015 in the Circuit Court of Cook County, Illinois, County Department – Probate Division, in Estate of Banks v. Banks, case no. 2015P000594.

**18.** Defendant JPMorgan Chase Bank N.A.'s Amended Notice of Deposition of Liz Banks, Banks Deposition Exhibit 1.

**19.** Plaintiff's First Amended Complaint, Banks Deposition Exhibit 2.

**20.** Plaintiff's Reply in Opposition to Motion to Dismiss First Amended Complaint, Banks Deposition Exhibit 3.

**21.** Plaintiff's Initial Disclosures Under Federal Rules of Civil Procedure, Banks Deposition Exhibit 4.

**22.** WaMu 2003-AR3 Pooling and Servicing Agreement.

**23.** March 17, 2003 Adjustable Rate Note, Bates JPMC-Banks_000002-000008; Banks Deposition Exhibit 5.

**24.** March 28, 2003 Deed of Trust, Bates JPMC-Banks_000009-000039, Banks Deposition Exhibit 6

**25.** April 2, 2003 Declaration of Abandonment of Homestead, Banks Deposition Exhibit 7.

**26.** Internal Revenue Service Record of Account, Bates JPMC-Banks_000971-000975.

**27.** California Resident Income Tax Return 2010 for Liz Banks, Bates JPMC-Banks_001338-001343.

**28.** November 1, 2011 Delinquency data, Bates JPMC-Banks_001732.

**29.** November 26, 2011 letter from Chase to Liz Banks, Banks Deposition Exhibit 14.

**30.** November 27, 2011 Credco Instant Merge Credit Report, Banks Deposition Exhibit 15.

**31.** December 2, 2011 letter from Elizabeth Brooks to Liz Banks, Banks Deposition Exhibit 21.

**32.** January 31, 2012 letter from Chase to Liz Banks, Bates JPMC-Banks_000810-000815; Banks Deposition Exhibit 8.

**33.** February 28, 2012 JPMC separation page, loan, Bates JPMC-BANKS_000855-869.

**34.** April 16, 2012 letter from Shannon Coleman to Liz Banks; Banks Deposition Exhibit 9.

**35.** April 23, 2012 letter from Barrett Daffin Frappier Treder & Weiss, LLP, Banks Deposition Exhibit 22.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26240769.1

5

JPMC'S RULE 26 PRETRIAL DISCLOSURES

36. Corporate Assignment of Deed of, Trust signed May 3, 2012

37. May 22, 2012 letter from Chelsea Colmenero to Liz Banks, Banks Deposition Exhibit 26.

38. May 24, 2012 handwritten fax from Liz Banks to Chase Legal Dept., Banks Deposition Exhibit 24

39. Compilation of documents, Bates JPMC-BANKS_000952-959.

40. May 25, 2012 Credco Instant Merge Credit Report, Banks Deposition Exhibit 17.

41. 4506-T Request for Transcript of Tax Return signed May 25, 2012; Banks Deposition Exhibit 23.

42. May 28, 2012 letter from Charles Everhardt, Bates JPMC-Banks_000976-000977; Banks Deposition Exhibit 25.

43. May 29, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 27.

44. May 30, 2012 Chase Home/Default Modifications Credit Report, Banks Deposition Exhibit 16.

45. June 1, 2012 Modifications data sheet, Bates JPMC-Banks_00978-00980.

46. June 5, 2012 memo to John G. Yedinak from Barrett Daffin Frappier Treder & Weiss, LLP, Banks Deposition Exhibit 28.

47. June 5, 2012 Letter to John G. Yedinak from Barrett Daffin, et al, Bates JPMC-Banks_003086-003087.

48. June 13, 2012 letter from Chase Liz Banks, Banks Deposition Exhibit 29

49. June 21 2012 Facsimile of Chase documents re modification, Bates JPMC-BANKS_001103-1107.

50. June 21, 2012 Facsimile from Liz Banks, Bates JPMC-Banks_001103-001107.

51. July 9, 2012 Facsimile of May 25, 2012 Request for modification and affidavit form of Making Home Affordable Program, request for modification and affidavit (RMA) Bates JPMC-BANKS_001117-1119; Banks Deposition Exhibit Banks Deposition Exhibit 30.

52. July 10, 2012 Notice of Default and Election to Sell Under Deed of Trust, Banks Deposition Exhibit 10.

53. July 17, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 31.

**54.** July 23, 2012 fax from Liz Banks to Chase Fulfillment Center (with attachments), Banks Deposition Exhibit 32, Bates JPMC-Banks_001122-001129.

**55.** August 8, 2012 Request For Modification Affidavit (RMA) (with attachment), Banks Deposition Exhibit 33.

**56.** August 21, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 34.

**57.** August 27, 2012 fax from Liz Banks to Chase Fulfillment Center (with attachments), Banks Deposition Exhibit 35; JPMC-Banks_0001149-001159.

**58.** August 28, 2012 Facsimile from Liz Banks, Bates JPMC-Banks_001160-001161.

**59.** September 11, 2012 Email chain, Bates JPMC-Banks_001169.

**60.** Substitution of Trustee signed September 12, 2012, Bates JPMC-Banks_003274-003277.

**61.** September 14, 2012 Chase Quality Review System Report, Bates JPMC-Banks_001162-001164.

**62.** September 19, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 36.

**63.** Application materials, dated August/September 2012Bates number JPMC-BANKS_001130-1157; JPMC-BANKS_001145-1159; 001170-1193, Bates JPMC-Banks_001170-001193.

**64.** Wells Fargo Bank Statements June 1, 2012 through September 30, 2012, Banks Deposition Exhibit 37

**65.** October 8, 2012 Facsimile from Liz Banks, Bates JPMC-Banks_001194-001220.

**66.** October 26, 2012 Modification Underwriting Interview Worksheet, JPMC-Banks_001221-001223.

**67.** October 30, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 38

**68.** Plaintiff's Wells Fargo PMA Prime Checking Account statements (partial) for Liz Ellzey-Banks for the months of June, July, August, September, 2012 as mailed to Chase Fulfillment Center on November 16, 2012, Bates JPMC-Banks_001226-001238.

**69.** November 26, 2012 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 40.

**70.** December 5, 2012 Facsimile from Liz Banks, Bates JPMC-Banks_001244-001258.

71. December 11, 2012 Facsimile from Liz Banks, Bates JPMC-Banks_001259-1263.

72. December 14, 2012 Chase Agent Desktop printout, Bates JPMC-Banks_001268-001277.

73. December 14, 2012 Chase Quality Review System Report, Bates JPMC-Banks_001264-001267.

74. December 18, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 41.

75. December 21, 2012 letter from Chase to Liz Banks, Banks Deposition Exhibit 42.

76. January 8, 2013 letter from Chase to Liz Banks, Banks Deposition Exhibit 43.

77. January 16, 2013 Credco Instant Merge Credit Report, Banks Deposition Exhibit 18.

78. January 17, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 44.

79. QC Checklist - Final Output, Bates JPMC-Banks_001391-001409.

80. QC Checklist - Final Output, Bates JPMC-Banks_001412-001416.

81. March 5, 2013 Collection of documents, top page, which is UPS Next Day Air Saver shipment label to Chase, Request for Loan Mortgage Assistance documents Bates JPMC-Banks_001417-001454.

82. March 21, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 45.

83. March 29, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 46.

84. Copy of Galaxy Gaming IL, LLC paycheck stubs for Elizabeth Banks, 10/01/2012 – 03/31/2013, Banks Deposition Exhibit 76.

85. April 1, 2013 fax from Liz Banks to Chase (with attachments), Banks Deposition Exhibit 47; Bates JPMC-Banks_001459-001570.

86. April 3, 2013 Chase Home/Default Modifications Credit Report, Bates JPMC-Banks_001479-001485.

87. April 3, 2013 Facsimile of Wells Fargo PMA Package dated February 28, 2013, Bates JPMC-Banks_001487-001508.

88. April 10, 2013 Facsimile from Liz Banks, Bates JPMC-Banks_001509-001536.

89. April 11, 2013 Facsimile from Liz Banks, Bates JPMC-Banks_001537-001539.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26240769.1

8

JPMC'S RULE 26 PRETRIAL DISCLOSURES

**90.** April 17, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 50.

**91.** Collection of documents in support of loan modification application, top page of which is Fax Cover Sheet dated 4/17/2013, Bates JPMC-Banks_001549-001552.

**92.** April 18, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 51.

**93.** April 22, 2013 Notice to Borrower of Postponement of Trustee's Sale, Banks Deposition Exhibit 52.

**94.** Wells Fargo Bank Statement for March 1, 2013 through March 31, 21 2013, April 30, 2013, Banks Deposition Exhibit 49.

**95.** May 20, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 54.

**96.** May 21, 2013 Notice to Borrower of Postponement of Trustee's Sale, Banks Deposition Exhibit 55.

**97.** May 22, 2013 Facsimile from Liz Banks, Bates JPMC-Banks_001573-001574.

**98.** June 14, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 56.

**99.** June 18, 2013 Facsimile from Liz Banks, Bates JPMC-Banks_001577-001578.

**100.** June 21, 2013 Notice to Borrower of Postponement of Trustee's Sale, Banks Deposition Exhibit 57.

**101.** July 11, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 58.

**102.** July 11, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 59.

**103.** July 12, 2013 letter from Lisa 186 Martinez to Liz Banks, Banks Deposition Exhibit 60.

**104.** July 26, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 61.

**105.** July 27, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 62.

**106.** August 15, 2013 Proof of Publication of Trustee Sale, Bates JPMC-Banks_003723.

**107.** August 21, 2013 Facsimile of Deed of Trust With Assignment of Rents (Short Form), Banks Deposition Exhibit 63.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26240769.1

9

JPMC'S RULE 26 PRETRIAL DISCLOSURES

**108.** Pacer Bankruptcy Search information, print out date August 21, 2013, Bates JPMC-Banks_003732-003740.

**109.** August 22, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 64.

**110.** August 22, 2013 Notice to Borrower of Postponement of Trustee's Sale, Banks Deposition Exhibit 65.

**111.** August 22, 2013 Certified receipt from Pacer search, Bates JPMC-Banks_003754-003756.

**112.** August 23, 2013 letter from Lisa Martinez to Liz Banks, Banks Deposition Exhibit 66.

**113.** August 24, 2013 letter from John Kilroy to Liz Banks, Banks Deposition Exhibit 67.

**114.** September 3, 2013 letter from Chase to Liz Banks, Banks Deposition Exhibit 12.

**115.** November 27, 2013 letter from Susan Conert to Liz Banks, Banks Deposition Exhibit 68.

**116.** December 17, 2013 letter from Susan Conert to Liz Banks, Banks Deposition Exhibit 69.

**117.** December 18, 2013 letter from Susan Conert to Liz Banks, Banks Deposition Exhibit 70.

**118.** January 9, 2014 Facsimile of Deed of Trust With Assignment of Rents (Short Form), Banks Deposition Exhibit 71.

**119.** January 9, 2014 Fax to Barrett Daffin, Bates JPMC-Banks_003915-003922.

**120.** January 10, 2014 Notice to Borrower of Postponement of Trustee's Sale, Banks Deposition Exhibit 72.

**121.** January 10, 2014 letter from Susan Conert to Liz Banks, Banks Deposition Exhibit 73.

**122.** January 11, 2014 letter from Chase to Liz Banks, Banks Deposition Exhibit 74.

**123.** January 14, 2014 voice recording of conversation between Liz Banks and Dynasty Woods-Seals.

**124.** January 14, 2014 Client Action Plan from Dynasty Woods-Seals to Liz Banks, Banks Deposition Exhibit 75.

**125.** January 14, 2014 letter from Daniel Ramirez to Liz Banks, Banks Deposition Exhibit 77.

**126.** January 14, 2014 HPF Counseling Summary, Bates JPMC-Banks_000097-000104.

**127.** January 16, 2014 letter from Chase to Liz Banks, Banks Deposition Exhibit 78.

**128.** January 23, 2014 letter from Chase to Liz Banks, Banks Deposition Exhibit 13.

**129.** February 11, 2014 Notice to Borrower of Postponement of Trustee's Sale, Banks Deposition Exhibit 79.

**130.** February 20, 2014 Letter from Chase to Liz Banks, Banks Deposition Exhibit 81.

**131.** May 2, 2014 Mortgage Loan Statement , Banks Deposition Exhibit 80.

**132.** May 20, 2014 letter from Daniel Ramirez to Liz Banks, Banks Deposition Exhibit 82.

**133.** May 21, 2014 letter from Daniel Ramirez to Liz Banks, Banks Deposition Exhibit 83.

**134.** CPI online letter writer letter log history file, run date June 7, 2014, Bates JPMC-BANKS_001737-1741.

**135.** LMT tracking form, run date June 7, 2014 Bates JPMC-BANKS_001735-1736.

**136.** Trustee's Deed Upon Sale recorded June 24, 2014, Bates JPMC-Banks_004278-004280; Banks Deposition Exhibit 11.

**137.** Chase Account Statement 8/2/2014 for loan account ending in 4193.

**138.** August 6, 2014 WMMSC Calculation of Realized Loss, Bates JPMC-Banks_001940-001952.

**139.** June 15, 2015 Experian Credit Report, Banks Deposition Exhibit 20.

**140.** Compilation of application materials, Bates JPMC-BANKS_001122-1129.

**141.** Chase residential broker price opinion letters, Bates JPMC-BANKS_004202-4222; 004267-4269; 004247-4249; 004257-4259; 004267-4269.

**142.** NDeX 7/8/2014, Foreclosure Core Milestone Events, Bates JPMC-Banks_004190-004191.

**143.** LexisNexis search, Bates JPMC-Banks_004012.

**144.** Loss mitigation notes 5-27-2012 through 10-27-2012, Bates JPMC-BANKS_004302-4326.

**145.** Delinquency notes, Bates JPMC-Banks_002440-2634.

**146.** 3270 Explorer: LMT process notes (LMTN), Bates JPMC-Banks_002364-2409.

**147.** Foreclosure process notes, Bates JPMC-Banks_002186-2318.

**148.** CCW customer service notes, Bates JPMC-Banks_002132-2165.

**149.** 3270 Explorer: Customer Service Notes (CERN), Bates JPMC-Banks_002319-002363.

**150.** 3270 Explorer: Bankruptcy Notes (BNKN) Bates JPMC-Banks_002171-002184.

**151.** Payment history for Chase loan account ending in 4193, Bates JPMC-Banks_004193-004201, 004361-004380.

**152.** Declaration of Humberto Navarro, Bates JPMC-Banks_004343-004347.

**153.** Declaration of Ralph Zunker, Bates JPMC-Banks_004348-004352.

**154.** Declaration of Vincent C. Riley, Bates JPMC-Banks_004338-4342.

**155.** Declaration of Rita Patel, Bates JPMC-Banks_004328-4337.

To the extent not objected to, JPMC further identifies any and all exhibits on Plaintiff's Exhibit List.  JPMC further anticipates using demonstrative exhibits in its presentation.  JPMC also reserve the right to offer impeachment and/or rebuttal exhibits depending on Plaintiff's presentation.  JPMC reserve the right to supplement or amend these disclosures as necessary.

Dated: August 21, 2015                 Respectfully submitted,

                                       MORGAN, LEWIS & BOCKIUS LLP


                                       By: /s/ *Joseph Quattrocchi*
                                       Joseph V. Quattrocchi
                                       Attorneys for Defendant
                                       JPMorgan Chase Bank, N.A.,
                                       *erroneously sued as Chase Bank, N.A.*