**Alan Eighmey, Esq.** (CSBN 278782)
**Claudine Sherron, Esq.** (CSBN 296499)
**Sergio Jimenez, Esq**. (CSBN 289673
*Strategic Legal Group, PC*
121 West Main Street, Suite F
Turlock, CA 95380
Tel: (209)683-1616
Fax: (209)250-1991
E-Mail: alan @ norcal-law.com
*Attorneys for Plaintiff Liz Banks*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIZ BANKS,<br><br>   *Plaintiff,*<br><br>v.<br><br>JPMORGAN CHASE, erroneously sued as CHASE BANK, N.A.; DOES 1 to 100, inclusive,<br>   *Defendant.* | CASE NO.:  2:14-cv-6429-JAK-FFM<br><br>**NOTICE OF LODGING** |