**Alan Eighmey, Esq.** (CSBN 278782)
**Claudine Sherron, Esq.** (CSBN 296499)
*Strategic Legal Group, PC*
121 West Main Street, Suite F
Turlock, CA 95380
Tel: (209)683-1616
Fax: (209)250-1991
E-Mail: alan @ norcal-law.com
          claudine@norcal-law.com
*For Plaintiff Liz Banks*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ BANKS, | CASE NO.: 2:14-cv-6429-JAK-FFM |
| *Plaintiff.* | |
| v. | **Status Report as to Plaintiff's Retention of New Counsel Pursuant to  Judge Kronstadt's Order Dated 9/1/15** |
| JPMORGAN CHASE, erroneously sued as CHASE BANK, N.A.; DOES 1 to 100, inclusive, | |
| *Defendant.* | |

## Status Report

I, Liz Banks, having terminated the services of my previous counsel, Alan Eighmey, Claudine Sharron and the Strategic Legal Group, respectfully submit the following Status Report as to my retention of new counsel as requested by Judge Kronstadt's order of September 1, 2015.

I have contacted many litigation firms in the Los Angeles area to see who would be able to take my case. I currently have three law firms who have shown interest in taking my case on short notice. They are current y reviewing the case documents. As of today, September 7, 2015, none of the law firms contacted have given me an answer as to their availability to take my case. Due to the holiday weekend I have not been able to follow up with the law firms. I will be calling them on Tuesday, September 8, 2015 to check on their decision.

I am also continuing to check with other firms to see if they are available to take my case as well. I will continue to keep the court updated as to the status of my search for new counsel.

Respectfully Submitted and Executed this 7th day of September, 2015, at Marina Del Rey, Los Angeles County, California.

Liz Banks