# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZ BANKS,<br><br>        Plaintiff,<br><br>        vs.<br><br>CHASE BANK, N.A.; DOES 1 to 100, inclusive,<br><br>        Defendant. | Case No. 2:14-cv-06429-JAK-FFM<br><br>Hon. John A. Kronstadt<br><br>**JUDGMENT**<br><br>JS-6 |

# JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment shall be and is hereby entered in favor of Defendant JPMorgan Chase Bank, N.A., *erroneously sued as JPMorgan JPMC Bank, N.A. and Chase Bank, N.A.* ("Defendant") and against Plaintiff Liz Banks ("Plaintiff") in this action; Defendant is the prevailing party in this action and is awarded costs pursuant to Federal Rule of Civil Procedure 54(d)(1);

Plaintiff Liz Banks shall recover nothing against Defendant by way of this action; Plaintiff and Defendant shall be responsible for their respective attorney's fees that they have incurred in this action.

Dated: December 8, 2015

_____
John A. Kronstadt
United States District Judge